FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

98 MAR 11  AM 10: 42

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

MICHAEL ROSENBAUM and
PEGGY NEVELLS,

       Plaintiffs,

       CASE NO.: 98-60-Cv-Oc-10B

vs.

CABLEVISION INDUSTRIES LIMITED
PARTNERSHIP, a foreign limited
partnership d/b/a TIME WARNER
COMMUNICATIONS; TIME WARNER
ENTERTAINMENT-ADVANCE/NEWHOUSE
PARTNERSHIP, a foreign partnership
d/b/a TIME WARNER COMMUNICATIONS;
TIME WARNER ENTERTAINMENT COMPANY,
L.P., a foreign limited partnership
d/b/a TIME WARNER ENTERTAINMENT-
ADVANCE/NEWHOUSE PARTNERSHIP; TIME
WARNER AXS OF FLORIDA, L.P., LTD., a
foreign limited partnership d/b/a
TIME WARNER COMMUNICATIONS;

       Defendants.
_____/

## NOTICE OF REMOVAL OF CLASS ACTION

      Please take notice that, pursuant to Sections 1332, 1441, and 1446 of Title 28

of the United States Code, defendants CABLEVISION INDUSTRIES LIMITED

PARTNERSHIP, a foreign limited partnership d/b/a TIME WARNER

COMMUNICATIONS; TIME WARNER ENTERTAINMENT-

ADVANCE/NEWHOUSE PARTNERSHIP, a foreign partnership d/b/a TIME

WARNER COMMUNICATIONS; TIME WARNER ENTERTAINMENT COMPANY,

L.P., a foreign limited partnership d/b/a TIME WARNER ENTERTAINMENT-

ADVANCE/NEWHOUSE PARTNERSHIP; TIME WARNER AXS OF FLORIDA,

L.P., LTD., a foreign limited partnership d/b/a TIME WARNER

COMMUNICATIONS ("Defendants" or "Time Warner" collectively) hereby give

notice of the removal of this action from the Circuit Court of Citrus County, Florida,

where it is now pending, to the United States District Court for the Middle District

Florida, Ocala Division.  As grounds for this removal, the Defendant shows as

follows:

<u>NATURE OF THE CLASS ACTION</u>

1.     Plaintiffs commenced this purported class action on or about February

10, 1998, in the Circuit Court of Citrus County, Florida, under Civil Action No. 98-

382-CA.  True and correct copies of all pleadings, process and orders present in the

state court clerk's file in this action are attached hereto as Exhibit A and

incorporated herein.

2.     Plaintiffs, individually and on behalf of persons allegedly similarly

situated, purport to challenge the practice of the Time Warner cable systems in

Florida of charging a fee to those subscribers who pay late for cable television

services.  Plaintiffs assert causes of action for declaratory and injunctive relief,

unlawful liquidated damages, violations of Florida Statutes Section 672.718, and

Deceptive and Unfair Trade Practices.

3.     The purported class on whose behalf this suit is brought, all Florida

residents who have paid Time Warner late fees, is alleged to number "tens of

thousands of members."  <u>Id.</u> ¶¶ 11, 12.

2

4.      Plaintiffs contend that the Defendants, allegedly providers of cable television service to customers in the City of Inverness, Florida, and Citrus County, Florida, charge customers a $4.00 "late Fee" if customers' cable bills are not paid by their due date.  Complaint ¶ 20.  Such "late fees" are alleged to be unlawful penalties.  Id. ¶¶ 21, 31-43.

5.      Plaintiffs seek, inter alia, a declaration that the Defendants are not entitled to collect the "late fees."  Complaint at p. 13, 15, 16-17.  They further request that the Defendants be enjoined from collecting the fees altogether, or alternatively that the Defendants be enjoined from collecting excessive fees.  Id. at p. 13, 14-15, and 17.  Under their claims for unlawful liquidated damages and violations of Florida Statutes Section 672.718, the plaintiffs also seek a refund of all late fees collected by the Defendants, as well as prejudgment interest.  Id. Counts I and II.

6.      Plaintiffs are citizens of the State of Florida.  As alleged by the Plaintiffs, the Defendants are foreign entities.  Complaint ¶ 1.  The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, within the meaning of 28 U.S.C. § 1332(a).  Accordingly, this Court has original jurisdiction over this action.  In addition, as required for removal by 28 U.S.C. § 1441(b), defendants are not citizens of the State of Florida.  By and through this Notice of Removal, Defendants invoke this Court's jurisdiction under 28 U.S.C. § 1332(a) and removes this action to this Court.

<u>Timeliness of this Notice</u>

7.      None of the named defendants received, through service or otherwise, a copy of the Plaintiffs' complaint or notice thereof prior to February 19, 1998. This case is being removed within thirty days of that date and less than one year after filing of the action in Florida state court. Thus, notice of removal is timely filed under 28 U.S.C. § 1446(b).

<u>Parties</u>

8.      Plaintiffs Michael Rosenbaum and Peggy Nevells profess in the complaint to be citizens of the State of Florida. Complaint ¶¶ 7, 8.

9.      Defendants, for purposes of diversity jurisdiction, are foreign entities and not citizens of Florida.

<u>Jurisdiction</u>

Complete Diversity of Citizenship Exists Between the Parties
and the Amount in Controversy Exceeds $75,000
<u>Exclusive of Interest and Costs.</u>

10.     Diversity jurisdiction exists where the citizenship of all the plaintiffs is different than that of all of the Defendants, and where the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1). Plaintiffs are citizens of Florida for purposes of diversity. Defendants, for purposes of diversity jurisdiction, are foreign entities and not citizens of Florida. There is, therefore, complete diversity between the Plaintiffs and Defendants.

11.     The amount in controversy requirement is satisfied because plaintiffs' request for attorneys' fees provides an independent basis for satisfying the amount

4

in controversy requirement.  See Tapscott v. MS Dealer Service Corp., 77 F.3d 1353, 1358-59 (11th Cir. 1996); Howard v. Globe Life Ins. Co., 1996 WL 910092 (N.D. Fla. December 27, 1996).  The amount in controversy requirement is further met because the declaratory and injunctive relief requested by the Plaintiffs plainly places more than $75,000 in controversy in this action.

Removal Procedures

13.    Because the parties in this action are completely diverse and the amount in controversy exceeds $75,000, this action is a civil action of which the United States District Courts have original jurisdiction under 28 U.S.C. § 1332(a) and removal is appropriate under 28 U.S.C. § 1441(b).  This Notice of Removal is timely filed.

14.    Because this district and division embraces the place where the action is pending, removal to this Court is appropriate under 28 U.S.C. § § 1441(a) and 1446(a).

15.    Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Citrus County, Florida, and is being served on all adverse parties.

WHEREFORE, Defendants CABLEVISION INDUSTRIES LIMITED PARTNERSHIP, a foreign limited partnership d/b/a TIME WARNER COMMUNICATIONS; TIME WARNER ENTERTAINMENT-ADVANCE/NEWHOUSE PARTNERSHIP, a foreign partnership d/b/a TIME WARNER COMMUNICATIONS; TIME WARNER ENTERTAINMENT COMPANY,

5

L.P., a foreign limited partnership d/b/a TIME WARNER ENTERTAINMENT-

ADVANCE/NEWHOUSE PARTNERSHIP; TIME WARNER AXS OF FLORIDA,

L.P., LTD., a foreign limited partnership d/b/a TIME WARNER

COMMUNICATIONS hereby remove this action, now pending in the Circuit Court

of Citrus County, Florida, to this Court, pursuant to 28 U.S.C. § 1441(b), and

respectfully requests that the Court take cognizance, accept jurisdiction, and enter

any and all orders necessary to effect the removal of this cause from, and to effect

and prepare in this Court the true record of all proceedings that may have been had

in, the Circuit Court of Citrus County, Florida.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Federal Express to **JONATHAN S. DEAN, ESQUIRE**, Dean and Dean, LLP, 230 N.E. 25th Avenue, Ocala, Florida 34470, and **STEPHEN D. SPIVEY, ESQUIRE**, 230 N.E. 25th Avenue, Suite 200, Ocala, Florida 34470, this 11th day of March, 1998.

Guy W. Spicola, Esquire
Fla. Bar No. 076639
G. Calvin Hayes, Esquire
Fla. Bar No. 558702
HOLLAND & KNIGHT, LLP
Post Office Box 1288
Tampa, Florida 33601
(813) 227-8500

Trial Counsel for Defendants

TPA3-519305

**BROWARD COUNTY SHERIFF'S OFFICE**
P.O. BOX 9507    FORT LAUDERDALE, FLORIDA 33310

**RETURN OF SERVICE**

Deputy #    9999-

Service Sheet #    98-720090

| MICHAEL ROSENBAUM | VS. | CABLEVISION INDUSTRIES LIMITED | 98-382 |
|---|---|---|---|
| PLAINTIFF | VS. | DEFENDANT | CASE |

SUM/COMPLAINT
TYPE OF WRIT

CIRCUIT/CITRUS
COURT

HEARING DATE

1200 SO PINE ISLAND ROAD

CABLEVISION INDUSTRIES LIMITED
SERVE

PLANTATION        FL

C.T. CORP., AS REGISTERED AGENT

DEAN & DEAN
230 NE 25TH AVENUE
OCALA        , FL    34470

132184
2319        ATTORNEY

**Received this process on**
2/18/98
DATE

☑ Served        ☐ No Service
☐ Returned the same on

2-19-98    at    10A
DATE            TIME

On    CABLEVISION INDUSTRIES LIMITED PARTNERSH C.T. CORP., AS REGISTERED AGENT
NAME

In Broward County, Florida, by serving the within named person a true copy of the writ, with the date and hour of service endorsed thereon by me, and a copy of the complaint, petition, or initial pleading, by the following method:

☐ **INDIVIDUAL SERVICE**

☐ **SUBSTITUTE SERVICE:**

☐ At the defendant's usual place of abode, on "any person residing therein" the age of fifteen years or older, to wit:
_____, in accordance with the provisions of F.S. 48.031(1),

☐ To _____, spouse of the defendant, at _____
in accordance with the provisions of F.S. 48.031(2)(a),

☐ To _____, manager of the defendant's business _____
_____, in accordance with the provisions of F.S. 48.031(2)
of informing such person of their contents.

**CORPORATE SERVICE:**

☐ To _____ (name) as _____ (office)
of said corporation in the absence of any superior officer as defined in F.S. 48.081.

☑ To  C.T. Corp. Sys. _____, as resident agent of said corporation as defined in F.S. 48.0

☐ To _____, an employee of defendant corporation in compliance with F.S. 48.81
for failure by the corporation to comply with F.S. 48.091.

☐ **PARTNERSHIP SERVICE:**

To _____, partner, or to _____, designated emplo
or person in charge of partnership in accordance with the provisions of F.S. 48.061(1).

☐ **POSTED RESIDENTIAL:** By attaching a copy to a conspicuous place on the property described in the complaint or summons.
Neither the tenant nor a person residing therein 15 years of age or older could be found at the usual place of residence of the
tenant.    1st Attempt:    Date _____ Time _____    2nd Attempt: Date _____ Time _____

☐ **POSTED COMMERCIAL:** By attaching a true copy to a conspicuous place on the property described within.

1st Attempt:    Date _____ Time _____    2nd Attempt: Date _____ Time _____

☐ **NO SERVICE:** For the reason that after diligent search and inquiry, unable to find subject in Broward County, Florida.

☐ **OTHER RETURNS:** See comments by Deputy.

COMMENTS BY DEPUTY: _____
_____
_____

**KENNETH C. JENNE II, SHERIFF**
BROWARD COUNTY, FLORIDA

BY: _____

'98 FEB 27 AM 10 11
BETTY STRILER
CLERK OF COURT
DEPUTY CLERK
FILED

Exhibit A
ALL-STATE LEGAL SUPPLY CO.

IN THE CIRCUIT COURT OF THE 5TH JUDICIAL CIRCUIT IN AND FOR CITRUS COUNTY, FLORIDA

CASE NO. *98-382-CA*

MICHAEL ROSENBAUM and
PEGGY NEVELLS,

                    Plaintiffs,

        v.

CABLEVISION INDUSTRIES LIMITED
PARTNERSHIP, a foreign limited partnership
d/b/a TIME WARNER COMMUNICATIONS,
et al.,

                    Defendants.

_____

| CLASS REPRESENTATION |
| --- |

DATE *2-14-98*
HOUR *10 AM*
*NC" DEPUTY SHERIFF*

## SUMMONS:

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

**YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant:

> Cablevision Industries Limited Partnership
> d/b/a Time Warner Communications
> c/o CT Corporation System, Registered Agent
> 1200 South Pine Island Road
> Plantation, Florida 33324

DATED THIS *11th* day of February, 1998.

Clerk of the Circuit Court

**BETTY STRIFLER**

By: *Linda X. Diaz*
       Deputy Clerk

(COURT SEAL)

In accordance with the Americans With Disabilities Act, persons with disabilities needing a special accommodation to participate in this proceeding should contact the individual or agency sending the notice at 230 NE 25th Avenue, Ocala, Florida, 34470, Telephone : (352) 368-2800 not later than seven day prior to the proceedings.  If hearing impaired, (TDD) 1-800-955-8771, or Voice (V) 1-800-955-8770, via Florida Relay Service.

## IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court. A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens pouvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats on a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**JONATHAN S. DEAN, ESQUIRE**
**DEAN AND DEAN, L.L.P.**
**230 NE 25th Avenue**
**Ocala, FL 34470**
**(352) 368-2800**
**Attorney for Plaintiffs**

In accordance with the Americans with disabilities act persons with disabilities needing special accommodation to participate in a proceeding under section the A.D.A coordinator Ten days within 7 seven days person impaired (7) days prior to the proceeding. Hearing impaired. (TDD) 1-800-955-8770 via Florida Relay Service

**BROWARD COUNTY SHERIFF'S OFFICE**
P.O. BOX 9507    FORT LAUDERDALE, FLORIDA 33310

**RETURN OF SERVICE**

Deputy # 1192-28                                            Service Sheet # 98-720090

MICHAEL ROSENBAUM VS CABLEVISION INDUSTRIES LIMITED    98-382

| PLAINTIFF | VS. | DEFENDANT | CASE |
|---|---|---|---|

SUM/COMPLAINT                    CIRCUIT/CITRUS

| TYPE OF WRIT | COURT | HEARING DATE |
|---|---|---|

TIME WARNER ENTERTAINMENT COMP    1200 SO PINE ISLAND ROAD
                                  PLANTATION       FL

SERVE

C.T. CORP., AS REGISTERED AGENT

DEAN & DEAN
  230 NE 25TH AVENUE
OCALA        , FL.    34470

132184
2319                          ATTORNEY

Received this process on
2/18/98
DATE
☑ Served        ☐ No Service
☐ Returned the same on

2-19-98    at    10A
DATE            TIME

On    TIME WARNER ENTERTAINMENT COMPANY, L.P.  C.T. CORP., AS REGISTERED AGENT

NAME

In Broward County, Florida, by serving the within named person a true copy of the writ, with the date and hour of service endorsed thereon by me. and a copy of the compl. petition, or initial pleading, by the following method:

☐ **INDIVIDUAL SERVICE**
☐ **SUBSTITUTE SERVICE:**
☐ At the defendant's usual place of abode, on "any person residing therein" the age of fifteen years or older, to wit:
_____, in accordance with the provisions of F.S.48.031(1),
☐ To _____, spouse of the defendant, at _____
in accordance with the provisions of F.S. 48.031(2)(a),
☐ To _____, manager of the defendant's business, _____
_____, in accordance with the provisions of F.S. 48.031(2)
of informing such person of their contents.
**CORPORATE SERVICE:**
☐ To _____ (name) as _____ (offi
of said corporation in the absence of any superior officer as defined in F.S. 48.081.
☑ To _C.T. Corp. Sys._____, as resident agent of said corporation as defined in F.S. 48.0
☐ To _____, an employee of defendant corporation in compliance with F.S. 48.8
for failure by the corporation to comply with F.S. 48.091.
☐ **PARTNERSHIP SERVICE:**
To _____, partner, or to _____, designated emplo
or person in charge of partnership in accordance with the provisions of F.S. 48.061(1).
☐ **POSTED RESIDENTIAL:** By attaching a copy to a conspicuous place on the property described in the complaint or summons.
Neither the tenant nor a person residing therein 15 years of age or older could be found at the usual place of residence of the
tenant.  1st Attempt: Date _____ Time _____ 2nd Attempt: Date _____ Time _____
☐ **POSTED COMMERCIAL:** By attaching a true copy to a conspicuous place on the property described within.

1st Attempt: Date _____ Time _____ 2nd Attempt: Date _____ Time _____
☐ **NO SERVICE:** For the reason that after diligent search and inquiry, unable to find subject in Broward County, Florida.
☑ **OTHER RETURNS:** See comments by Deputy.

COMMENTS BY DEPUTY: _Taken on behalf of Time Warner Entertainment Company_
_L.P._

KENNETH C. JENNE II, SHERIFF
~~RON COCHRAN, SHERIFF~~
BROWARD COUNTY, FLORIDA

BY: _HC Thorne 1192_

ORIGINAL

13

IN THE CIRCUIT COURT OF THE
5TH JUDICIAL CIRCUIT IN AND
FOR CITRUS COUNTY, FLORIDA

CASE NO. 98-382-CA

DATE 2-19-98
HOUR 10 AM
DEPUTY SHERIFF

MICHAEL ROSENBAUM and
PEGGY NEVELLS,

        Plaintiffs,

  v.

CABLEVISION INDUSTRIES LIMITED
PARTNERSHIP, a foreign limited partnership
d/b/a TIME WARNER COMMUNICATIONS,
et al.,

        Defendants.

---

**CLASS REPRESENTATION**

---

### SUMMONS:

**THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:**

**YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition
in this action on defendant:

**Time Warner Entertainment Company, L.P.**
**d/b/a Time Warner Entertainment-Advance Newhouse Partnership**
**c/o CT Corporation System, Registered Agent**
**1200 South Pine Island Road**
**Plantation, Florida 33324**

     DATED THIS _11th_ day of February, 1998.

                 Clerk of the Circuit Court

                 **BETTY STRIFLER**

**(COURT SEAL)**              By:_Wanda K. Davila_

                        Deputy Clerk

In accordance with the Americans With Disabilities Act, persons with disabilities needing a special accommodation to participate in this proceeding should contact the individual or agency sending the notice at 230 NE 25th Avenue, Ocala, Florida, 34470, Telephone : (352) 368-2800 not later than seven day prior to the proceedings. If hearing impaired, (TDD) 1-800-955-8771, or Voice (V) 1-800-955-8770, via Florida Relay Service.

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens pouvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats on a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**JONATHAN S. DEAN, ESQUIRE**
**DEAN AND DEAN, L.L.P.**
**230 NE 25th Avenue**
**Ocala, FL 34470**
**(352) 368-2800**
**Attorney for Plaintiffs**

In accordance with the Americans with disabilities act, person who requires an accommodation in order to participate in this proceeding should contact the A.D.A. coordinator at least seven (7) days prior to the proceeding. If hearing impaired, (TDD) 1-800-955-8770, via Florida Relay Service

Case 5:98-cv-00060-WTH    Document 1    Filed 03/11/98    Page 16 of 24 PageID 16

# BROWARD COUNTY SHERIFF'S OFFICE

P.O. BOX 9507   FORT LAUDERDALE   FLORIDA 33310

**RETURN OF SERVICE**

13

Deputy #   1192-28

Service Sheet #   98-720090

MICHAEL ROSENBAUM VS CABLEVISION INDUSTRIES LIMITED   98-382

| PLAINTIFF | VS. | DEFENDANT | CASE |
|---|---|---|---|

SUM/COMPLAINT
TYPE OF WRIT

CIRCUIT/CITRUS
COURT

1200 SO PINE ISLAND ROAD

TIME WARNER ENTERTAINMENT-ADVA
SERVE

PLANTATION   FL

HEARING DATE

C.T. CORP., AS REGISTERED AGENT

**Received this process on**
2/18/98
DATE

☒ Served   ☐ No Service
☐ Returned the same on

DEAN & DEAN
230 NE 25TH AVENUE
OCALA           , FL   34470

132184
ATTORNEY

2319

2-19-98   at   10A
DATE          TIME

On   TIME WARNER ENTERTAINMENT-ADVANCE/NEW HO C.T. CORP., AS REGISTERED AGENT
NAME

In Broward County, Florida, by serving the within named person a true copy of the writ, with the date and hour of service endorsed thereon by me, and a copy of the complaint, petition, or initial pleading, by the following method:

☐ **INDIVIDUAL SERVICE**

☐ **SUBSTITUTE SERVICE:**

☐ At the defendant's usual place of abode, on "any person residing therein" the age of fifteen years or older, to wit:

_____, in accordance with the provisions of F.S. 48.031(1),

☐ To _____, spouse of the defendant, at _____
in accordance with the provisions of F.S. 48.031(2)(a),

☐ To _____, manager of the defendant's business, _____

_____, in accordance with the provisions of F.S. 48.031(2)(b),
of informing such person of their contents.

**CORPORATE SERVICE:**

☐ To _____ (name) as _____ (offic...
of said corporation in the absence of any superior officer as defined in F.S. 48.081.

☒ To   *C. T. Corp. Sys.*   , as resident agent of said corporation as defined in F.S. 48.09...

☐ To _____, an employee of defendant corporation in compliance with F.S. 48.81...
for failure by the corporation to comply with F.S. 48.091.

☐ **PARTNERSHIP SERVICE:**

To _____, partner, or to _____, designated employ...
or person in charge of partnership in accordance with the provisions of F.S. 48.061(1).

☐ **POSTED RESIDENTIAL:** By attaching a copy to a conspicuous place on the property described in the complaint or summons.

Neither the tenant nor a person residing therein 15 years of age or older could be found at the usual place of residence of the
tenant.   1st Attempt:   Date _____   Time _____   2nd Attempt: Date _____   Time _____

☐ **POSTED COMMERCIAL:** By attaching a true copy to a conspicuous place on the property described within.

1st Attempt:   Date _____   Time _____   2nd Attempt: Date _____   Time _____

☐ **NO SERVICE:** For the reason that after diligent search and inquiry, unable to find subject in Broward County, Florida.

☐ **OTHER RETURNS:** See comments by Deputy.

COMMENTS BY DEPUTY: _____

_____

_____

**KENNETH C. JENNE II, SHERIFF**
BROWARD COUNTY, FLORIDA

BY: *H Osborne 1192*

IN THE CIRCUIT COURT OF THE
5TH JUDICIAL CIRCUIT IN AND
FOR CITRUS COUNTY, FLORIDA

CASE NO. 98-382-CA

MICHAEL ROSENBAUM and
PEGGY NEVELLS,

        Plaintiffs,

    v.

CABLEVISION INDUSTRIES LIMITED
PARTNERSHIP, a foreign limited partnership
d/b/a TIME WARNER COMMUNICATIONS,
et al.,

        Defendants.

---

| CLASS REPRESENTATION |
| --- |

DATE 2-16-98
HOUR  10 AM
_____ DEPUTY SHERIFF

## SUMMONS:

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

**YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant:

    **Time Warner Entertainment – Advance / New House Partnership**
    **d/b/a Time Warner Communications**
    **c/o CT Corporation System, Registered Agent**
    **1200 South Pine Island Road**
    **Plantation, Florida  33324**

    DATED THIS _11th_ day of February, 1998.

                  Clerk of the Circuit Court
                  **BETTY STRIFLER**

(COURT SEAL)                 By: _____
                      Deputy Clerk

In accordance with the Americans With Disabilities Act, persons with disabilities needing a special accommodation to participate in this proceeding should contact the individual or agency sending the notice at 230 NE 25th Avenue, Ocala, Florida, 34470, Telephone : (352) 368-2800 not later than seven day prior to the proceedings.  If hearing impaired, (TDD) 1-800-955-8771, or Voice (V) 1-800-955-8770, via Florida Relay Service.

## IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens pouvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats on a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**JONATHAN S. DEAN, ESQUIRE**
**DEAN AND DEAN, L.L.P.**
**230 NE 25th Avenue**
**Ocala, FL 34470**
**(352) 368-2800**
**Attorney for Plaintiffs**

In accordance with the Americans with Disabilities Act, persons with disabilities needing any special accommodation to participate in this proceeding should contact the A.D.A. coordinator telephone number not later than seven (7) day prior to the proceedings. If hearing impaired, (TDD) 1-800-955-5770, via Florida Relay Service.

| Deputy # 1192-28 | Service Sheet # 98-720090 |

MICHAEL ROSENBAUM VS CABLEVISION INDUSTRIES LIMITED   98-382

| PLAINTIFF | VS | DEFENDANT | CASE |

SUM/COMPLAINT
TYPE OF WRIT                    CIRCUIT/CITRUS
                        1200 SO PINE ISLAND ROAD   COURT   HEARING DATE
TIME WARNER AXS OF FLORIDA, L.        PLANTATION      FL
SERVE

C.T. CORP., AS REGISTERED AGENT

DEAN & DEAN
  230 NE 25TH AVENUE
OCALA         , FL      34470

  132184
2319                    ATTORNEY

**Received this process on**
2/18/98
DATE
☑ Served        ☐ No Service
☐ Returned the same on
2-19-98 at 10A
DATE         TIME

On   TIME WARNER AXS OF FLORIDA, L.P., LTD., C.T. CORP., AS REGISTERED AGENT
                                    NAME

In Broward County, Florida, by serving the within named person a true copy of the writ, with the date and hour of service endorsed thereon by me, and a copy of the compla petition, or initial pleading, by the following method:

☐ **INDIVIDUAL SERVICE**

☐ **SUBSTITUTE SERVICE:**

☐ At the defendant's usual place of abode, on "any person residing therein" the age of fifteen years or older, _____, in accordance with the provisions of F.S.48.031(1),

☐ To _____, spouse of the defendant, at _____
in accordance with the provisions of F.S. 48.031(2)(a),

☐ To _____, manager of the defendant's business, _____

_____, in accordance with the provisions of F.S. 48.031(2)(
of informing such person of their contents.

**CORPORATE SERVICE:**

☐ To _____ (name) as _____ (offi
of said corporation in the absence of any superior officer as defined in F.S. 48.081.

☑ To *C.T. Corp. Sys.* _____, as resident agent of said corporation as defined in F.S. 48.09

☐ To _____, an employee of defendant corporation in compliance with F.S. 48.81
for failure by the corporation to comply with F.S. 48.091.

**PARTNERSHIP SERVICE:**

To _____, partner, or to _____, designated emplo
or person in charge of partnership in accordance with the provisions of F.S. 48.061(1).

☐ **POSTED RESIDENTIAL:** By attaching a copy to a conspicuous place on the property described in the complaint or summons.
Neither the tenant nor a person residing therein 15 years of age or older could be found at the usual place of residence of the
tenant.   1st Attempt:   Date _____   Time _____   2nd Attempt: Date _____   Time _____

☐ **POSTED COMMERCIAL:** By attaching a true copy to a conspicuous place on the property described within.

1st Attempt:   Date _____   Time _____   2nd Attempt: Date _____   Time _____

☐ **NO SERVICE:** For the reason that after diligent search and inquiry, unable to find subject in Broward County, Florida.

☐ **OTHER RETURNS:** See comments by Deputy.

**COMMENTS BY DEPUTY:** _____

_____

_____

KENNETH C. JENNE II, SHERIFF
RON COCHRAN, SHERIFF
BROWARD COUNTY, FLORIDA

BY: *N Osborne 1192*

ORIGINAL

(right margin stamp: 98 FEB 20 AM 10:11   BRENDA D. FORMAN CLERK OF COURT CIRCUIT COURT   FILED)

IN THE CIRCUIT COURT OF THE
5TH JUDICIAL CIRCUIT IN AND
FOR CITRUS COUNTY, FLORIDA

CASE NO. *9C-382-CA*

MICHAEL ROSENBAUM and
PEGGY NEVELLS,

              Plaintiffs,

    v.

CABLEVISION INDUSTRIES LIMITED
PARTNERSHIP, a foreign limited partnership
d/b/a TIME WARNER COMMUNICATIONS,
et al.,

              Defendants.

| **CLASS REPRESENTATION** |
| --- |

DATE *2-19-98*
HOUR *10 AM*
*(illegible) DEPUTY SHERIFF*

_____

              **SUMMONS**:

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

**YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition
in this action on defendant:

        **Time Warner Axs of Florida, L.P., Ltd.**
        **d/b/a Time Warner Communications**
        **c/o CT Corporation System, Registered Agent**
        **1200 South Pine Island Road**
        **Plantation, Florida 33324**

    DATED THIS _11th_ day of February, 1998.

              Clerk of the Circuit Court

              **BETTY STRIFLER**
              By: _____

(COURT SEAL)

              Deputy Clerk

In accordance with the Americans With Disabilities Act, persons with disabilities needing a special accommodation to participate in this proceeding should contact the individual or agency sending the notice at 230 NE 25th Avenue, Ocala, Florida, 34470, Telephone : (352) 368-2800 not later than seven day prior to the proceedings. If hearing impaired, (TDD) 1-800-955-8771, or Voice (V) 1-800-955-8770, via Florida Relay Service.

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens pouvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats on a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**JONATHAN S. DEAN, ESQUIRE**
**DEAN AND DEAN, L.L.P.**
**230 NE 25th Avenue**
**Ocala, FL 34470**
**(352) 368-2800**
**Attorney for Plaintiffs**

In accordance with the Americans with disabilities act, persons needing a special accommodation to participate in this proceeding should contact A coordinator Telephone, no later than seven (7) days prior to the proceeding. If hearing impaired, (TDD) 1-800-955-8770, via Florida Relay Service

CIVIL COVER SHEET
FLA. R. CIV. P. 1.100
FORM 1.997

MIDSTATE LEGAL SUPPLY CO., INC.
FORM 9-1

> The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075. (See instructions on the reverse of the form.)

IN THE ___Circuit___ COURT

___Citrus___ COUNTY, FLORIDA

CASE NO. ___98-382-CA___

JUDGE _____

CIVIL COVER SHEET

**I.  CASE STYLE**

PLAINTIFF   Michael Rosenbaum
            + Peggy Nevells

VS
DEFENDANT   Cablevision Industries
            Limited Partnership, etal

**II.  TYPE OF CASE** (Place an x in one box only. If the case fits more than one type of case, select the most definitive.)

| Domestic Relations | Torts | Other Civil |
|---|---|---|

- ☐ Simplified dissolution
- ☐ Dissolution
- ☐ Support — IV-D
- ☐ Support — Non IV-D
- ☐ URESA — IV-D
- ☐ URESA — Non IV-D
- ☐ Domestic violence
- ☐ Other domestic relations

- ☐ Professional Malpractice
- ☐ Products liability
- ☐ Auto negligence
- ☐ Other negligence

- ☐ Contracts
- ☐ Condominium
- ☐ Real property/Mortgage foreclosure
- ☐ Eminent domain
- ☒ Other

**III.  Is Jury Trial Demanded In Complaint?**

- ☒ Yes
- ☐ No

Dean + Dean LLP

___2-10-98___
DATE

By: Kim Brown legal assist
SIGNATURE OF ATTORNEY FOR PARTY INITIATING ACTION